IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK ROGOZINSKI | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 11-2594 |
| NCO FINANCIAL SYSTEMS, INC., | : | |
| | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this *24th* day of *October*, 2012, upon consideration of **(1)** Plaintiff's Motion for Partial Summary Judgment (Docket No. 45) and the Response of Defendant (Docket No. 58); and **(2)** Defendant's Motion for Summary Judgment (Docket No. 44) and Plaintiff's Response (Docket No. 55), it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment is **DENIED.**

2. Defendant's Motion for Summary Judgment is **GRANTED**.

3. **JUDGMENT IS ENTERED** in favor of Defendant on the entirety of the Complaint against it.

4. This case is now closed.

BY THE CO URT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.